**Opinion issued December 8, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00505-CV

_____

**MARCY LERCH, ET AL., Appellants**

**V.**

**WILMINGTON TRUST NA SUCCESSOR TRUSTEE FOR THE MERRILL LYNCH MORTGAGE INVESTOR TRUST SERIES 2006-HE5, Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Fort Bend County, Texas**
**Trial Court Cause No. 15-CCV-054652**

---

## MEMORANDUM OPINION

Appellants, Marcy Lerch, et al., appealed from the trial court's final judgment, signed on April 21, 2015. *See* TEX. R. APP. P. 26.1(a)(1). However, appellants have failed to timely file their appellate brief. *See id.* 38.6(a),

38.8(a)(1). After being notified by the Clerk of this Court on September 16, 2015, that their appeal was subject to dismissal for failure to timely file their appellate brief, appellants failed to timely respond. *See id.* 38.8(a)(1), 42.3(b), (c).

Accordingly, we **dismiss** the appeal for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Huddle, and Lloyd.